UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARL MARCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-2374-G |
| L-3 COMMUNICATIONS ) | |
| INTEGRATED SYSTEMS, LP, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

This case is before the court on the basis of diversity of citizenship jurisdiction. Plaintiff's Original Complaint ¶ 1. The plaintiff is alleged to be an individual resident of Collin County, Texas. *Id*. ¶ 3. The defendant is alleged to be a foreign limited partnership with its headquarters in New York. *Id.* ¶ 4.

These allegations are insufficient to invoke the diversity jurisdiction of this court. "It is established that an allegation of residency does not satisfy the requirement of an allegation of citizenship." *Strain v. Harrelson Rubber Co.*, 742 F.2d 888, 889 (5th Cir. 1984). The citizenship if an unincorporated entity, such as the

defendant limited partnership, is determined by the citizenship of each of its members. *Carden v. Arkoma Associates*, 494 U.S. 185, 195 (1990).

For these reasons, the court cannot determine from the allegations in the plaintiff's current complaint whether it has jurisdiction over this case or not. Within ten days of this date, the plaintiff shall file and serve an amended complaint curing these defects. Failure to do so will result in dismissal of this case without further notice.

**SO ORDERED**.

December 13, 2010.

                                                  */s/ A. Joe Fish*
                                            **A. JOE FISH**
                                            **Senior United States District Judge**